An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDOLPH EUGENE KASSOW,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63193

FILED

JUN 0 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial motion to dismiss counsel and appointment of alternate counsel. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

No statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). We lack jurisdiction to consider this appeal and therefore we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Douglas                              Saitta

cc:    Hon. Kathleen E. Delaney, District Judge
       Randolph Eugene Kassow
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16167